No. 500, Misc.   COLE ET AL. *v.* NEW JERSEY.   Court of Errors and Appeals of New Jersey.   Certiorari denied. *David W. Louisell, Carl McGowan, A. Warren Littman* and *Henry F. Schenk* for petitioners.   *Duane E. Minard* for respondent.

No. 510, Misc.   ODELL *v.* HUDSPETH, WARDEN.   Supreme Court of Kansas.   Certiorari denied.

No. 513, Misc.   CALDERBANK *v.* PENNSYLVANIA.   Supreme Court of Pennsylvania.   Certiorari denied.

No. 514, Misc.   HOWELL *v.* JONES, WARDEN.   Supreme Court of Nebraska.   Certiorari denied.

No. 515, Misc.   JOHNSON *v.* STEWART, WARDEN.   Supreme Court of Missouri.   Certiorari denied.

No. 518, Misc.   ASBELL *v.* STEWART, WARDEN.   Supreme Court of Missouri.   Certiorari denied.

No. 520, Misc.   KALAN *v.* KALAN.   Court of Appeals of New York.   Certiorari denied.

No. 521, Misc.   REED *v.* RAGEN, WARDEN.   Criminal Court of Cook County, Illinois.   Certiorari denied.

No. 522, Misc.   ROBINSON *v.* RAGEN, WARDEN.   Circuit Court of Will County, Illinois.   Certiorari denied.

No. 523, Misc.   ELLIOTT *v.* HUDSPETH, WARDEN.   Supreme Court of Kansas.   Certiorari denied.